# EXHIBIT 1

# EXHIBIT 1





views on anyone but if anyone is willing to learn the truth and want to fight for truth and or very way of life, get in touch with me and I will be happy to "wake you up to the truth" not by just telling you, but really showing you the truth, Let me show you and you can decide for yourself if your just going to stand by and let things happen or are you going to live of to your responsibilities and fight for the freedoms that our country and troops have fought for since the birth of our nation and be a true patriot!!

Favorite Quotations
"The government is merely a servant, merely a temporary servant; it cannot be its prerogative to determine what is right and what is wrong, and decide who is a patriot and who isn't. Its function is to obey orders, not originate them." ~Mark Twain

## Work and Education

Employers
**SonicVibes Entertianment LLC** September 2008 - Present
Owner/Partner
Niagara Falls, New York
Computer Internet & Networking Company

**United States Army** March 2001 - February 2009
Warrent Officer
I flown the Apache for the War

Grad School
**University of Phoenix '03** Masters Computer Science
Networking / Fiber Optics

College
**Central Florida '98**
Computer Programming

High School
**Miami Beach Senior High School '94**

## Likes and Interests

Activities
Martial arts, Finding Out the Truth, Reading

Interests
Apachi, 82nd Airborne Division, Airborn, Military Martial Arts, Then They Fight You, Then You Win

Music
Chris Geo

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



PRINT THIS

Powered by Clickability

**The TSA's mini 'Watch List'**
Posted by **Sherman Frederick**
Tuesday, May. 25, 2010 at 01:10 PM

Some people say the first mistake was to create the Transportation Security Administration -- it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

Screeners threatening other screeners? If you think I'm making this up, then click here for the rest of this sad story.

I'd like to think that someone in government would have enough sense to put an end to this kind of crazy. But it won't happen on this administration's watch. This is a gang that can't even call the current threat for what it is -- radical Islamic terrorism. I doubt they'd have the backbone to put a stop to a TSA shop steward collecting names of irritated travelers.

**Find this article at:**
http://www.lvrj.com/blogs/sherm/The_TSAs_mini_Watch_List_.html?ref=499

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

WNY Truthers: TSA Keeps Watchlist of Peeved Travelers    Page 1 of 4
Case 2:10-cv-01280-GMN-RJJ Document 1-1    Filed 07/29/10    Page 7 of 12

Search



Home   Contact Us   Links   RSS   SUPPORT US   Sitemap



## NWO Alert Level - Elevated Status

WNY Truthers has set the Alert Level to "Elevated Status" - What Dose Elevated Status
paying very close attention to the News that is coming out in the Alternative Media an
Websites. Why is that you should be paying close attention to what is going on in the
change at a moment's notice and you must be Prepared. At This time you should have a place you can eva
recommend a place away from the general population. This place you're evacuating to should have plenty
more food, a safe supply of water and means to be self sufficient for as long as you need to. So plan your
back! Stay Tuned to WNY Truthers for any Alert Status Change.

## TSA Keeps Watchlist of Peeved Travelers
Posted by ALaRosa, Read/Post Comment: 0                    26
                                                          May, 10



Some people say the first mistake was to create the Transportation Security
Administration -- it doesn't really stop terrorism, makes flying an even more
unpleasant experience, and created a bureaucracy that will live on far past the
initial threat.

Sherman Frederick
Las Vegas Review Journal
Wednesday, May 26th, 2010
Some people say the first mistake was to create the Transportation Security Administration — it
doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a
bureaucracy that will live on far past the initial threat.
Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the
TSA to unionize. That makes about as much sense as unionizing the military.
For example, we now come to find out that the TSA is keeping a **mini** "**watch list**" of its own. It's
not a **watch list** of potential terrorists. It's a **watch list** of peeved travelers who since 2007 have
scared TSA workers by showing anger such as punching walls or kicking equipment. It makes
their workplace uncomfortable, don't you know.
And how many pushy travelers are on this **list** that started in 2007, which includes names, Social
Security numbers, home addresses, etc.? Well, TSA says their database has records from about

240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

**Full article here**

Back to category overview    Back to news overview

Newer News                                                                  Older News

## GULF OIL TRACKER



## RANDOM VIDEO



## RANDOM GALLERIES

**NewWorldOrder**



Pictures: 52

## CHATBOX

You must be logged in to post comments on this site – please either log in or if you are not registered click here to signup

• ALaRosa
Mon Jul 26 2010

## LATEST FORUM POSTS

• Time to Prepare for the Collapse
Antonio LaRosaWNY TruthersJuly 15, 2010The financi[Click On Tiltle to Read More]
Posted by ALaRosa
Tue Jul 20 2010

• Why the White House has been discounting FOX.

It was my pleasure, pass on the website to others. If you have any suggestions or have any questions let me know.

- **Warrens79**
Mon Jul 26 2010
Anthony, I just want to say THANK YOU for inviting me to your awesome website.

- **ALaRosa**
Wed Jun 16 2010
Hey sis welcome to the website. Thanks for signing up and the support 😊

- **misty06457**
Wed Jun 16 2010
hi brother

- **ALaRosa**
Fri May 07 2010
Yes he will be coming to Buffalo, but they have not released where, I would like to go and protest outside, is anyone down for that let me know email me from the Private message system here, ALaRosa

View all posts (17)

## RANDOM ALBUMS

New World Order

Pictures: 52

Picture Clips From Movies

Pictures: 3

This Coming Sunday July 18th--- Set Your DVR for th[Click On Tiltle to Read More]
Posted by ALaRosa
Sun Jul 18 2010

- The Afghanistan War Funding Vote Was A Total Sham
The Afghanistan War Funding Vote Was A Total Sham [Click On Tiltle to Read More]
Posted by ALaRosa
Wed Jul 07 2010

- Democrats Outlaw Free Speech And Guns
 ALERT: Liberals are turning America in [Click On Tiltle to Read More]
Posted by ALaRosa
Mon Jun 21 2010

- Democrats Outlaw Free Speech And Guns
 Democrats Outlaw Free Speech And GunsALERT: [Click On Tiltle to Read More]
Posted by ALaRosa
Fri Jun 18 2010

- My AVATAR Review
Well I finally got to see the movie Avatar!!![Click On Tiltle to Read More]
Posted by Marcus
Thu Jun 17 2010

- Urgent: Help Spread The "Corporations Are Not The People" Message, The Disclose Act Must Pass Now
This may well be the most important week ever in p[Click On Tiltle to Read More]
Posted by ALaRosa
Tue Jun 08 2010

- Clinton and Obama Have Said They Will Sign UN Small Arms Treaty!
 Clinton and Obama Have Said They Will Sign U[Click On Tiltle to Read More]
Posted by ALaRosa
Fri Jun 04 2010




© 2010 Inkosonic Networks | This site i

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:         Text

Registration Number / Date:
                      TX0007173597 / 2010-07-14

Application Title: The TSA's mini 'Watch List'.

Title:                The TSA's mini 'Watch List'.

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:     2010

Date of Publication:
                      2010-05-25

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                          States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

===========================================================================
```