# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, | ) |
| | ) Case No.: 2:10-cv-01280-GMN-GWF |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL WITHOUT** |
| vs. | ) **PREJUDICE PURSUANT TO RULE** |
| | ) **4(m) FEDERAL RULES OF CIVIL** |
| INKONET NETWORKS; SONICVIBES | ) **PROCEDURE** |
| ENTERTAINMENT LLC; INKOSONIC | ) |
| NETWORKS; and ANTONIO LAROSA, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is **DISMISSED without prejudice** as to Defendant INKONET NETWORKS.

DATED this 21st day of March, 2011.

_____
Gloria M. Navarro
United States District Judge